IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
SEP 13 2016
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| ATTILA BIBER, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 1:16-cv-00804 (TSE/IDD) |
| PIONEER CREDIT RECOVERY, INC., | ) ) ) |
| Defendant. | ) ) |

## ORDER

This MATTER is before the Court on Plaintiff's Motion for Leave to File Amended Complaint [Dkt. No. 8]. This matter can be resolved without oral argument, as such argument would not aid the decisional process. Upon consideration of the Motion, it is hereby

**ORDERED** that the Motion is **GRANTED**.

The Clerk is directed to forward copies of this Order to all counsel of record.

ENTERED this 13th day of September 2016.

/s/
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia