## ** CIVIL MOTION MINUTES **

Date: 05/05/2017  Civil Action Number: 1:16-CV-00804-TSE-IDD

Time: 12:46PM-12:50PM (00:04)  Before the Honorable: T.S. ELLIS, III

Official Court Reporter: Tonia Harris

Courtroom Deputy: Margaret Pham

---

**ATTILA BIBER**
*Individually and on Behalf of all Others Similarly Situated*

**v.**

**PIONEER CREDIT RECOVERY, INC.**

---

Appearances of Counsel for:

( **X** ) Plaintiff: Thomas R. Breeden
( **X** ) Defendant: Alexander P. Rothschild and Louis J. Rouleau
( **X** ) Other:

Re:   STATUS CONFERENCE

Argued and:

(  ) Granted    (  ) Denied    (  ) Granted in part/Denied in part

(  ) Taken Under Advisement   (  ) Continued

(  ) Report and Recommendation to Follow

- Plaintiff's Motion [67] to Certify Class set for hearing on **Friday, June 2, 2017 @ 10:00AM**
- Pro hac plaintiff permitted to appear w/o local counsel
- All materials to be filed in a timely manner

( **X** ) Order to Follow