1:17-CV-205

MAILROOM
OCT - 3 2017
Dale SIEBER
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Culpeper, VA 22701

1:16cv804

Objection to the Proposal in Court Circuit Reference 17 CV 205 TSE/MSN (E.D. VA.) Client Listed is Verifying ownership to Recielpient.