Letter of objection to
Class settlement share
Claim Form          OCT, 15, 2017

RE Class settlement — Biber V. Pioneer Credit
Recovery, Inc No.16 ~CV-804 TSE/IDD
(E.D. Va) Kozale V. Pioneer credit Recovery
Inc No. 17-CV-797 TSE/TCB (E.D.
Biber, et al. V. General Revenue
corporation, No. 17-CV-205 TSE/MSN
(E.D. Va.)

: To whom IT My CONcern
My name is ADAM Glover I'm
part of the class settlement
claim im written to you
because I object My share
of the settlement fee
only 69$ I feel like I
deserve more money Back
due to that I was harrss
so much by Pioneer Credit
Recovery it just was insane
and I was under alot of
pressure from all the threats
from the mail. I
think I deserve like 5,000 $
Dollars back from the
settle ment share

thanxs
            please stay in
      contact with me or
        call me at 321-512-3180

            Sincerly ; ADAM Glover
                  class member

Adam Glover
406 NW 2nd St
Mulberry Fl 33860

TAMPA FL 335
ST PETERSBURG FL
OCT 2017 PM7 L

FOREVER

USA

Brian L Bromberg
Bromberg law office P.c
26 Broadway 21st Place
New York NY, 10004