UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ATTILA BIBER,<br>individually and on behalf of<br>all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>PIONEER CREDIT RECOVERY, INC.,<br><br>    Defendant. | Case Number:<br>16-CV-804 (TSE)(IDD) |

## NOTICE

PLAINTIFFS' COUNSEL hereby files the attached Letter of Objection to Class Settlement forwarded to class counsel, by Defendants' attorney who received the objection from class member, Laura Goldberg. By filing this objection, counsel is not endorsing this objection but merely notifying the Court of the class member's objection.

    Respectfully submitted.
    ATTILA BIBER

    By:    /s/Thomas R. Breeden

    Thomas R. Breeden, Virginia Bar No 33410
    Thomas R. Breeden, P.C.
    10326 Lomond Drive
    Manassas, Virginia 20109
    Tel (703) 361-9277, Fax (703) 257-2259
    trb@tbreedenlaw.com

    Brian L. Bromberg, Fed Bar No. ct26967
    brian@bromberglawoffice.com
    Bromberg Law Office, P.C.
    26 Broadway, 21st Floor
    New York, NY 10004

Tel (212) 248-7906 Fax (212) 248-7908
Pro Hac Vice to be filed

## CERTIFICATE OF SERVICE

I certify that on the 22nd day of November, 2017 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Deborah J. Israel, VSB#32378
Louis J. Rouleau (admitted *pro hac vice*)
Alexander P. Rothschild, VSB#90466
Womble Bond Dickinson (US) LLP
1200 Nineteenth Street, NW, Suite 500
Washington, DC 20036
Telephone : 202-857-4466
Facsimile : 202-261-0034
Email: deborah.israel@wbd-us.com
　　　　Louis.rouleau@wbd-us.com
　　　　Alexander.rothschild@wbd-us.com

　　　　　　　　　　　　　　　　　　____/s/_____
　　　　　　　　　　　　　　　　　　Thomas R. Breeden, Esquire
　　　　　　　　　　　　　　　　　　(VSB #33410)
　　　　　　　　　　　　　　　　　　THOMAS R. BREEDEN, P.C.
　　　　　　　　　　　　　　　　　　10326 Lomond Drive
　　　　　　　　　　　　　　　　　　Manassas, Virginia  20109
　　　　　　　　　　　　　　　　　　(703) 361-9277 Telephone
　　　　　　　　　　　　　　　　　　(703) 257-2259 Facsimile
　　　　　　　　　　　　　　　　　　trb@tbreedenlaw.com
　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*