Biber v. Pioneer Credit Recovery, Inc., No. 16-CV-804 TSE/IDD (E.D. Va.); Kozak v. Pioneer Credit Recovery Inc., No 17-797 TSE/TCB (E.D. Va.); Biber, et al. v. General Revenue Corporation, No.17-CV-205 TSE/MSN (E.D. Va.)

To the Honorable US District Court for Eastern District of Virginia

Clerk of the Court: Mr. Albert V. Bryan U.S. Courthouse

I, Laura Goldberg, object to the terms of Settlement outlined in the Notice of Class Settlement I received from Rust Consulting, Inc. – 5764, PO Box 2605, Faribault, MN 55021-9605 in which Settlements for Class members, who were working at the time of which I was one, of receiving collection letters from Pioneer Credit Recovery, Inc. between June 27, 2015, and July 24, 2017, or General Revenue Corporation between February 22, 2016, and July 24, 2017.

The total settlement amount of $2.745 million dollars on behalf of 217,815 people is nowhere near enough settlement money for the fear, angst, wrecked credit, garnishments of wages, harassment, loss of peace of mind and real monetary damages caused by these unscrupulous immoral people. Twelve dollars and sixty cents are outrageous and criminal amount and only serves the representing lawyers!

Those of us harassed by the companies above should be paid for our losses due to wage garnishments, payments we made to PCR and GRC and the tremendous pressure they applied against us day and night.

The lawyers did good work surely, but they should not be awarded over 33%. Even customary 25% seems ridiculously high when so many people were scared witless by PCR and GRC.

I suggest a settlement amount that pays each of the 217,815-class-action-member an amount which brings attention to such firms that damages will be paid to those they wronged, not just to the attorneys. I suggest each class action member receives $5,000.00. The settlement needs to be large enough to pay out money to compensate us – the ones who were harmed.

Thank you for the Court's consideration in this matter.

Respectfully submitted,

*Laura Goldberg* (signature)
Laura Goldberg

1000 Liawen Court, NE

Atlanta, GA 30329

404-735-3342