CALVIN E. THOMPSON
526 MEIGS ST, #1
ROCHESTER, NEW YORK 14607

NY 144
16 NOV '17
PM 3 L

NOV 16 2017
LOEHMANNS STATION
USPS 14618

Barn Swallow

To: Clerk of the Court
United States District for Eastern District of Virginia
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, Virginia
                        22314

ATN: The Honorable T.S. Ellis
     United States District Judge

223145704 C031