UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ATTILA BIBER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PIONEER CREDIT RECOVERY, INC.,<br><br>Defendant. | E.D. Virginia Case No. 16-CV-804 (TSE) |
| ATTILA BIBER and SANDRA LEVY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL REVENUE CORPORATION,<br><br>Defendant. | E.D. Virginia Case No. 17-CV-205 (TSE) |
| SARA KOZAK, formerly known as SARA LEMKE and SARA AZZALINE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PIONEER CREDIT RECOVERY, INC.,<br><br>Defendant. | N.D. Illinois Case No. 17-CV-318 |

CONSENT MOTION TO EXCEED PAGE LIMIT FOR BRIEF

COMES NOW Plaintiffs, by counsel, and respectfully moves this Court for leave to exceed 30 pages in their Memorandum in Support of Settlement. In support thereof, Plaintiffs states the following:

1

This case involves 3 consolidated Class Actions against 2 different defendants. The parties settled the consolidated cases and this Court entered a Preliminary Approval Order on July 24, 2017, which was amended by virtue of an Amended Order of Preliminary Approval, entered on July 28, 2017. Pursuant to the Amended Order, Plaintiffs' Memorandum in Support of the Settlement is due December 21, 2017. Plaintiffs have prepared said Memorandum. However due to the complexity of the issues involved, as well as the need to address the objections raised by a few class members, the Memorandum exceeds the 30 page limit for briefs found at Local Rule of Civil Procedure 7(f). Plaintiffs could separate the Memorandum into 2 separate Memorandums, one in Support of the Settlement, and one in Support of a Petition for Attorney Fees; however, judicial economy would be served by having only one, consolidated Memorandum. Plaintiffs therefore seek leave to file a Memorandum not to exceed 45 pages in support of the Settlement.

Defendants have consented to this Motion.

WHEREFORE, Plaintiffs, prays that the Court enter the Consent Order granting Plaintiffs leave to file a Memorandum in Support of Approval of the Class Action Settlement, not to exceed 45 pages.

RESPECTFULLY SUBMITTED,

_____/s/_____
Thomas R. Breeden, VSB # 33410
Thomas R. Breeden, P.C.
10326 Lomond Drive
Manassas, Virginia 20109
Tel (703) 361-9277, facsimile (703) 257-2259
trb@tbreedenlaw.com

        Brian L. Bromberg, Fed Bar No. ct26967
        brian@bromberglawoffice.com
        Bromberg Law Office, P.C.
        26 Broadway, 21st Floor
        New York, NY 10004
        Tel (212) 248-7906 Fax (212) 248-7908
        Admitted Pro Hac Vice


        Dale W. Pittman
        Law Office of Dale W. Pitman, P.C.
        The Eliza Spotswood House
        112-A West Tabb Street
        Petersburg VA 23803
        Tel: (804) 861-6000
        Fax: (804) 861-3368
        Email: dale@pitmanlawoffice.com

        Cathleen M. Combs
        Edelman, Combs,
        Latturner & Goodwin, LLC
        20 South Clark Street, Suite 1500
        Chicago, IL 60603-1824
        Tel: (312) 739-4200
        Fax: (312) 419-0379
        Email: courtecl@edcombs.com


        Counsel for Plaintiff


## CERTIFICATE OF SERVICE

I certify that on the _21st____ day of December, 2017 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Deborah J. Israel, Esquire, VSB # 32378
Womble Carlyle Sandridge & Rice, LLP
1200 Nineteenth Street, NW, Suite 500
Washington, DC 20036
Telephone:  202-857-4466
Facsimile:  202-261-0034
Email:  disrael@wcsr.com

3

Louis Rouleau, Esquire
Womble Carlyle Sandridge & Rice, LLP
1200 Nineteenth Street, NW, Suite 500
Washington, DC 20036
Telephone: 202-857-4466
Facsimile: 202-261-0034
Email: lrouleau@wcsr.com
*Counsel for Defendants*

                \_\_\_\_/s/_____
                Thomas R. Breeden, Esquire
                (VSB #33410)
                THOMAS R. BREEDEN, P.C.
                10326 Lomond Drive
                Manassas, Virginia 20109
                (703) 361-9277 Telephone
                (703) 257-2259 Facsimile
                trb@tbreedenlaw.com
                *Counsel for Plaintiff*