UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ATTILA BIBER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PIONEER CREDIT RECOVERY, INC.,<br><br>Defendant. | E.D. Virginia Case No. 16-CV-804 (TSE) |
| ATTILA BIBER and SANDRA LEVY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL REVENUE CORPORATION,<br><br>Defendant. | E.D. Virginia Case No. 17-CV-205 (TSE) |
| SARA KOZAK, formerly known as SARA LEMKE and SARA AZZALINE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PIONEER CREDIT RECOVERY, INC.,<br><br>Defendant. | N.D. Illinois Case No. 17-CV-318 |

<u>ORDER</u>

THIS CAUSE came before the Court on the Consent Motion for leave for Plaintiffs to exceed 30 pages in their Memorandum in Support of Class Action Settlement; and

IT APPEARING that good cause exists to grant the Consent Motion, it is hereby

ORDERED that the Plaintiffs are granted leave to file a Memorandum in Support of Approval of the Class Action Settlement in excess of 30 pages, but not to exceed 45 pages.

December 21st, 2017.

/s/
T. S. Ellis, III
United States District Judge

IT IS FURTHER ORDERED that a copy of this Order be sent to all counsel of record.

/s/
United States District Judge