RUST CONSULTING INC - 5764
PO BOX 2605
FARIBAULT, MN 55021-9605

**IMPORTANT LEGAL MATERIALS**


-UAA- 130228

Page 1 of 1

***** PRESORTED
HEATHER CROWNOVER
461 E 132ND WAY
THORNTON, CO 80241-1724



# CLASS SETTLEMENT CLAIM FORM

**RE: Class Settlement** – *Biber v. Pioneer Credit Recovery, Inc.*, No. 16-CV-804 TSE/IDD (E.D. Va.); *Kozak v. Pioneer Credit Recovery, Inc.*, No. 17-CV-797 TSE/TCB (E.D. Va.); *Biber, et al. v. General Revenue Corporation*, No. 17-CV-205 TSE/MSN (E.D. Va.)

By signing and submitting this Class Settlement Claim Form, you are stating that you wish to receive your share of the Class Settlement. **IMPORTANT: this claim form must be postmarked on or before November 21, 2017, and mailed to the following address:**

RUST CONSULTING INC - 5764
PO BOX 2605
FARIBAULT, MN 55021-9605

**Certification Regarding Employment Status.** There are two levels of compensation for Settlement Class members. If you were employed or seeking employment when you received the letter, initial below and you will receive two shares of the settlement fund. If you do not initial below, you will receive one share of the settlement fund. If you and 10% of the 217,815 class members submit claim forms asserting that they were working or seeking work when they were sent a letter by Pioneer or General Revenue, you can expect to receive at least approximately $69. If you and 50% of the 217,815 class members submit claim forms asserting that they were working or seeking work when they were sent a letter by Pioneer or General Revenue, you can expect to receive at least approximately $13. If more class members submit claim forms, you may receive less money.

**\*\*I CERTIFY THAT I WAS EMPLOYED OR SEEKING EMPLOYMENT WHEN I RECEIVED THE LETTER: *HC* \*\***

In order to process your Class Settlement Claim Form, please legibly print your name and current mailing address.
**NAME:** Heather Crownover
**MAILING ADDRESS:** 2124 8th Ave Unit: B
**CITY:** Greeley  **STATE:** CO  **ZIP:** 80631

If this Notice of Class Settlement was mailed to an address other than your current mailing address, please legibly print the address to which the Notice of Class Settlement was mailed below so that your claim can be processed:

**MAILING ADDRESS:** ___
**CITY:** ___  **STATE:** ___  **ZIP:** ___

If your name differs from that which appears on the mailing label, please explain in detail why you should receive a share of the settlement instead of the person to whom the notice was addressed:
___
___

**BY SIGNING BELOW, I CERTIFY THAT I RECEIVED THE LETTER AND WISH TO RECEIVE A SHARE OF THE SETTLEMENT.**
**SIGNATURE:** *Heather A. Crownover* (OVER) →

Firstly,
Thank you. Thank you for seeing justice against the rude human beings that harass us innocent, hard working individuals. Stress, to deceit, to rudeness, accompanied by haunting promises of garnishments... How cruel... Thank you all who have stood up for what's right and just! No more harrassing nightmares! ☺

P.S. I'm pregnant, please forgive me, my reply comes but false alarms left and right! God Bless and Thank you for whatever outcome! Love,

[signature]

(720) 378-7687

Name: HEATHER CROSSOVER
Address: 2124 8th Ave UNIT-B
City: Greeley State: CO Zip: 80631

☐ Please check here if this is a new address

U.S. MARSHAL INSPECTED

Clerk of the Court
United States District Court for the Eastern District of Virginia
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, Virginia 22314

**FIRST CLASS MAIL**
22314-579899

Please ! let me file ! Please I'm pregnant