UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ATTILA BIBER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PIONEER CREDIT RECOVERY, INC.,<br><br>Defendant. | E.D. Virginia Case No. 16-CV-804 (TSE) |
| ATTILA BIBER and SANDRA LEVY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL REVENUE CORPORATION,<br><br>Defendant. | E.D. Virginia Case No. 17-CV-205 (TSE) |
| SARA KOZAK, formerly known as SARA LEMKE and SARA AZZALINE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PIONEER CREDIT RECOVERY, INC.,<br><br>Defendant. | N.D. Illinois Case No. 17-CV-318 |

**Consent Motion to Send Letter to Objectors Concerning
Rescheduled Hearing Date and Time and
Requesting that the Court Post a Notice on the
Courthouse Door on the Original Hearing Date**

Plaintiffs Attila Biber, Sandra Levy, and Sara Kozak (collectively,

"Plaintiffs"), through their counsel and with the consent of Defendants Pioneer

Credit Recovery, Inc. and General Revenue Corporation (collectively, "Defendants"),

1

respectfully request that the Court post a notice in the form attached as <u>Exhibit A</u> on the Courtroom door on January 5, 2018, so that any class members who appear will know that the hearing date has been changed.

## Memorandum in Support

The Court initially scheduled a Final Approval Hearing for January 5, 2018, at 10:00 a.m., and notice of this hearing was sent to approximately 2180,000 class members. On December 27, 2017, however, the Court rescheduled the Hearing for January 12, 2018, at 1:30 p.m. Several class members have indicated that they intend to appear at the final approval hearing. In addition, it is not unusual for class members to appear at final approval hearings without notice. Sometimes they appear out of curiosity and other times they appear out of confusion, but in any event the parties request that the Court post a sign on the Courtroom door, in the form attached as <u>Exhibit A</u>, to advise anyone who appears of the new date and time. In an additional effort to ensure that class members who have indicated an intention to appear at the final approval hearing are advised of the new date and time, Plaintiff's counsel will send a letter, in the form attached as <u>Exhibit B</u>, advising those class members who have so expressed an intention to appear of the new date and time.

For the above reasons, Plaintiffs and Defendants request that the Court grant the foregoing relief.

Dated: December 29, 2017

Respectfully submitted,

PLAINTIFFS, ATTILLA BIBER, SANDRA LEVY, AND SARA KOZAK, Individually, And On Behalf Of the Class,

By: /s/ Thomas R. Breeden
  Thomas Breeden, Esquire, VSB #33410
  Thomas R. Breeden, P.C.
  10326 Lomond Drive
  Manassas, Virginia 20109
  trb@tbreedenlaw.com
  703-361-9277
  703-257-2259 (fax)

  Dale W. Pittman
  The Law Office of Dale W. Pittman, PC
  The Eliza Spotswood House
  112-A West Tabb Street
  Petersburg, VA 23803
  Tel: (804) 861-6000

  Brian L. Bromberg
  Bromberg Law Office, P.C.
  Standard Oil Building
  26 Broadway, 21st Floor
  New York, NY 10004
  Tel: (212) 248-7906

  Daniel A. Edelman
  Cathleen M. Combs
  Edelman, Combs, Latturner
   & Goodwin, LLC
  20 South Clark Street, Suite 1500
  Chicago, IL 60603
  (312) 739-4200

2

3

**Certificate of Service**

I hereby certify that on this December 29, 2017, a copy of the foregoing Consent Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: December 29, 2017

/s/ Thomas Breeden
Thomas Breeden, Esquire, VSB #33410
Thomas R. Breeden, P.C.
10326 Lomond Drive
Manassas, Virginia  20109
trb@tbreedenlaw.com
703-361-9277
703-257-2259 (fax)