# Attention

The Final Approval Hearing for the Class Settlement in the case of *Biber v. Pioneer Credit Recovery, Inc.*, Case No. 16-CV-804 (TSE) (and for the Related Cases of *Biber and Levy v. General Revenue Corporation* and *Kozak v. Pioneer Credit Recovery, Inc.*), has been rescheduled from today to
<u>January 12, 2018 at 1:30 p.m.</u>

If you have any questions about the change in schedule, <u>do not</u> contact the Judge. Instead, call Class Counsel,
Brian L. Bromberg, Esq., at (212) 248-7906

Very truly yours,

The Honorable T.S. Ellis
U.S. District Judge
Eastern District of Virginia