# THOMAS R. BREEDEN, PC

ATTORNEY & COUNSELOR AT LAW

WWW.TBREEDENLAW.COM                                          TRB@TRBREEDENLAW.COM

[DATE]

[CLASS MEMBER NAME & ADDRESS]

Re:   *Biber v. Pioneer Credit Recovery, Inc.*
      Eastern District of Virginia, Case No.16-CV-804 (TSE) and Related Cases
      **Rescheduling of the Final Approval Hearing to January 12, 2018, at 1:30 p.m.**

Dear _____:

My office, together with co-counsel, represents the Class in the three consolidated class actions assigned Case No. 16-CV-804, and styled *Biber v. Pioneer Credit Recovery, Inc.*, *Biber and Levy v. General Revenue Corporation*, and *Kozak v. Pioneer Credit Recovery, Inc.*

I am writing because you are one of the class members who advised that you were planning on appearing in the U.S. District Court for the Eastern District of Virginia, located at 401 Courthouse Square, Alexandria, Virginia 22314, for the Final Approval Hearing originally scheduled for January 5, 2018, at 10:00 a.m. I am writing to advise that **the date and time of the Final Approval Hearing has been changed. The new date and hearing time is January 12, 2018, at 1:30 p.m.  Please see the attached Order from the Court reflecting the change.  If you have any questions regarding this change, please feel free to contact my office.**

Very truly yours,



Thomas R. Breeden