## ** CIVIL MOTION MINUTES **

| | |
|---|---|
| Date: 01/12/2018 | Before the Honorable: T.S. ELLIS, III |
| Time: 03:11PM-03:25PM (00:14)<br>03:36PM-04:00PM (00:24)<br>05:14PM-05:21PM (00:07)<br>(00:45) | Civil Case No.: 1:16-CV-00804-TSE-IDD |

Official Court Reporter: Tonia Harris

Courtroom Deputy: Margaret Pham

---

# ATTILA BIBER et al

**v.**

# PIONEER CREDIT RECOVERY, INC. et al

---

Appearances of Counsel for:

( X ) Plaintiff: Brian L. Bromberg, Thomas R. Breeden, Cathleen M. Combs
( X ) Defendant: Alexander P. Rothschild & Louis J. Rouleau
(   ) Other:

**Re:**    SETTLEMENT APPROVAL HEARING

Argued and:

(   ) Granted           (   ) Denied           (   ) Granted in part/Denied in part

(   ) Taken Under Advisement           (   ) Continued to

(   ) Report and Recommendation to Follow

- Parties to submit proposed order

( **X** ) Order to Follow